DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

TODD KEVIN NORWOOD, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-2453
_____

March 22, 2024

Appeal from the Circuit Court for Hillsborough County; Christopher C.
Sabella and Laura Ward, Judges.

Howard L. Dimmig, II, Public Defender, Bartow, and David A. Davis,
Special Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Krystle Celine Cacci,
Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

VILLANTI, KHOUZAM, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.